In the Matter of JOSEPH GREANY, Petitioner, v FRANK

IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents.—Motion for leave to appeal denied. Same Memorandum as in *People ex rel. Edwards v Bellnier* (186 AD2d 1092 [decided herewith]). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.